AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_ DISTRICT OF   NEVADA

MARIE MEAD,

     Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER: **3:06-cv-00626-HDM-VPC**

BANK OF AMERICA,

     Defendant.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Court finds that there is no issue of material fact with respect to Plaintiff's claim under the ADA, and the Defendant is entitled to summary judgment as a matter of law. Defendant's Motion for summary judgment is granted.

  March 14, 2008                      **LANCE S. WILSON**
                                                                Clerk

                                                          /s/ Kalani Lizares
                                                             Deputy Clerk